**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02640-CNS

BALJINDER SINGH,

      Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLEN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on August 13, 2026, [ECF No. 12] and July 1, 2026, [ECF No. 8], it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 13th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes, Deputy Clerk